# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NISSIM CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TIME WARNER, INC., <br> WARNER BROS. ENTERTAINMENT INC., <br> WARNER BROS. HOME ENTERTAINMENT INC., and <br> NEW LINE HOME ENTERTAINMENT INC., <br><br> Defendants. | Case No. 2:08-CV-742 GAF (MANx) <br><br> **FINAL CONSENT JUDGMENT** |

Pursuant to stipulation of the plaintiff, Nissim Corp., and the defendants, Time Warner Inc., Warner Bros. Entertainment Inc., Warner Bros. Home Entertainment Inc. and New Line Home Entertainment Inc. (collectively, "Defendants"), which includes a stipulation that this final decision and judgment should be entered, this Court enters this final decision and judgment that Defendants have not sustained their burden of proving the invalidity of any claim (1-27) of U.S. Patent 7,054,547.

Pursuant to stipulation of the parties, all claims in this action are hereby dismissed with prejudice, with each party to bear its own fees and costs. This decision and judgment is an Order of the Court that is final, enforceable and not appealable. The Court retains jurisdiction solely to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: May 7, 2013    By: _____
HONORABLE GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE